# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                   Fax: (718) 855-4696

March 15, 2017

**BY ECF**
Hon. Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Force, et al. v. Facebook, Inc.*
                Docket no. 16-cv-5158(NGG)
           *Cohen, et al. v. Facebook, Inc.*
                Docket no. 16-cv-4453

Dear Judge Garaufis,

      We represent the plaintiff in these related actions, and write briefly to correct a mis-statement made during oral argument of the defendant's motions to dismiss on March 1, 2017.

      On page 37 of the transcript of oral argument I stated that the *Fields* district court decision from California, *Fields v. Twitter*, 2016 WL 4205687 (N.D. Cal. 2016), had not been appealed. I learned today that actually a notice of appeal was filed by the plaintiffs in that case, and the appellants' briefs are presently due March 31, 2017. My mis-statement was because the last page of the docket sheet I had for the *Fields* case was missing from my printout, so I was unaware of the filing of the notice of appeal.

      I apologize to the Court for any confusion caused by my inadvertent mis-statement.

                                                    Respectfully yours,

                                                    Robert J. Tolchin

Cc: All parties by ECF