UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACHELI COHEN, et al.,                                JUDGMENT
                                                                                        16-CV- 4453 (NGG)

                            Plaintiffs,

    -against-

FACEBOOK, INC.,

                            Defendant.
-----------------------------------------------------------X
STUART FORCE, individually and as                   16-CV- 5158 (NGG)
Administrator on behalf of the Estate of Taylor
Force, et al.,

                            Plaintiffs,

    -against-

FACEBOOK, INC.,

                            Defendant.
-----------------------------------------------------------X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 18, 2017, granting Facebook's motions to dismiss ((Dkt.23), No. 16-CV-4453 and (Dkt. 34), No. 16-CV-5158); dismissing the Amended Complaint in the Cohen Action (Dkt.17), No. 16-CV-4453) without prejudice; and dismissing the Amended Complaint in the Force Action ((Dkt. 28), No. 16-CV-5158) without prejudice; it is

        ORDERED and ADJUDGED that Facebook's motions to dismiss No. 16-CV-4453 and No. 16-CV-5158 are granted; that the Amended Complaint in the Cohen Action No.

**JUDGMENT** 16-CV-5158 (NGG)

16-CV-4453 is dismissed without prejudice; and that the Amended Complaint in the Force Action No. 16-CV-5158 is dismissed without prejudice.

| | |
|---|---|
| Dated: Brooklyn, New York<br>        May 18, 2017 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>        Deputy Clerk |